

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ELIJAH CLAY, | No. 07-55377 |
| Petitioner - Appellee, | D.C. No. CV-04-08663-VAP |
| v. | Central District of California, |
| | Los Angeles |
| A. P. KANE, | |
| Respondent - Appellant. | ORDER |

On Remand from the United States Supreme Court

Before: PREGERSON and WARDLAW, Circuit Judges, and LEIGHTON, District Judge.[*]

In light of the Supreme Court's opinion in *Swarthout v. Cooke*, 131 S.Ct. 859 (2011), this case is remanded to the district court for further proceedings consistent with that opinion.

_____

[*] The Honorable Ronald B. Leighton, United States District Judge for the Western District of Washington, sitting by designation.